#60990

FILED
2011 MAR 17 PM 1:52
CLERK U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CANTON

## UNCLAIMED FUNDS

MARCH 14, 2011

(07-60020)    MICHAEL ESTERLY
CREDITOR DID NOT CASH CHECK
CHECK #485133 FOR $43.14 ✓
AMERICAN CASH EXC-HAWKINS
1544 S HAWKINS AVE
AKRON, OH 44320

07-60020    MICHAEL ESTERLY
CREDITOR DID NOT CASH CHECK
CHECK #485134 FOR $47.24 ✓
AMERICA'S CHECK MART
3477 MASSILLON RD
UNIONTOWN, OH 44685

```
      0 . *

     43 . 14 +
     47 . 24 +

     90 . 38 *
```